IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Margo J. Hein-Muniz, M.D., and Parkside Medical Consultants, LLC, d/b/a Magnolia Medical, | ) ) ) ) | C/A No.: 1:10-cv-986-JFA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER RE: IN CAMERA REVIEW OF PRIVILEGED DOCUMENTS |
| Aiken Regional Medical Centers; Universal Health Services, Inc.; Aiken Obstetrics & Gynecology Associates, P.A.; Carlos A. Milanes; K.D. Justyn; Oletha R. Minto, M.D.; James F. Boehner, M.D.; Robert D. Boone, M.D.; Jonathan H. Anderson, M.D.; Thomas P. Paxton, M.D.; and UHS of Delaware, Inc., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This court has reviewed the documents submitted for *in camera* review pursuant to this court's ruling of March 27, 2012. The court finds that the documents submitted by the defendants are protected by the attorney-client privilege. As such, Plaintiffs' Motion to Compel these documents is denied.

For purposes of appeal, this court directs the Clerk to file the documents submitted for *in camera* review under seal.

IT IS SO ORDERED.

April 19, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge