IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Margo J. Hein-Muniz, MD and Parkside Medical Consultants, LLC d/b/a Magnolia Medical,<br><br>                      Plaintiffs,<br><br>        vs.<br><br>Aiken Regional Medical Centers, Universal Health Services, Inc., Aiken Obstetrics & Gynecology Associates, P.A., Carlos A. Milanes, K.D. Justyn, Oletha R. Minto, MD, James F. Boehner, MD, Robert D. Boone, MD, Jonathan H. Anderson, MD, Thomas P. Paxton, MD, and UHS of Delaware, Inc.<br><br>                      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:10-CV-00986-JFA<br><br><br><br>**ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION FOR PARKSIDE MEDICAL CONSULTANTS, LLC d/b/a MAGNOLIA MEDICAL** |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) provided the party he represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted this 15th day of June, 2012.

SOWELL GRAY STEPP & LAFFITTE, L.L.C.

By: _s/David C. Dick_____
Thornwell F. Sowell
Fed. I.D. No.: 4244
bsowell@sowellgray.com
David C. Dick
Fed. I.D. No.: 10567
ddick@sowellgray.com
Alexis K. Lindsay
alindsay@sowellgray.com
Fed. I.D. No.: 11104

1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29211

***Attorneys for Plaintiffs***

Columbia, South Carolina
June 15, 2012