# EXHIBIT G

to

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Civil Action No.: 1:10-cv-00986-JFA**

*Peer Review Reports*

## SCORING

### Standard of Care

1. Good quality of care-Appropriate, no issue with the physician care
2. Documentation deficiencies
   a. No issue with physician documentation
   b. Does not substantiate clinical course, treatment and plan of care
   c. Not timely to communicate with other care givers
   d. Unreadable
   e. Other
3. Care varied from best practice
   Controversial-no major issues, varies from best practice
4. Care varied from best practice-no patient harm
   Controversial-care varied from best practice: no patient harm
5. Care varied from best practice
   Controversial-care varied from best practice: could harm patient
6. Care varied from best practice – did harm patient
   a. Minor adverse outcome (complex recovery expected)
   b. Major adverse outcome (complex recovery expected)
   **(c.)** Catastrophic adverse outcome (death)

*Delay of > 2 hours in performing C-section for abruption, Terbutaline contraindicated*

### Disposition/Recommendation

1. Send letter
2. Refer to committee
3. Refer to MEC
4. Refer to External Peer Review
5. **Other recommendation** — *Reported to Dr Robinson and recommended 2nd review.*
6. Trend
7. No action required

*[Signature] Besson MD  2-24-10  1:30 pm*

**Addendum A**

CONFIDENTIAL
MEDICAL PEER REVIEW
DO NOT PHOTOCOPY

CONFIDENTIAL
Peer Review Material

ARMC / MM 00001

## SCORING

### Standard of Care

1. Good quality of care-Appropriate, no issue with the physician care
2. Documentation deficiencies
   a. No issue with physician documentation
   b. Does not substantiate clinical course, treatment and plan of care
   c. Not timely to communicate with other care givers
   d. Unreadable
   e. Other
3. Care varied from best practice
   Controversial-no major issues, varies from best practice
4. Care varied from best practice-no patient harm
   Controversial-care varied from best practice: no patient harm
5. Care varied from best practice
   Controversial-care varied from best practice: could harm patient
6. ⃝ Care varied from best practice – did harm patient
   a. Minor adverse outcome (complex recovery expected)
   b. Major adverse outcome (complex recovery expected)
   c. ⃝ Catastrophic adverse outcome (death)

### Disposition/Recommendation

1. Send letter
2. Refer to committee
3. Refer to MEC
4. Refer to External Peer Review
5. Other recommendation : SUSPEND SUMMARILY.
6. Trend
7. No action required

*Minto*
2/24/10

**Addendum A**

CONFIDENTIAL
MEDICAL PEER REVIEW
DO NOT PHOTOCOPY

CONFIDENTIAL
Peer Review Material

ARMC / MM 00002

Presentation 1156    Delivery 1411.

CONFIDENTIAL MEDICAL PEER REVIEW DO NOT PHOTOCOPY

Why did MD leave unit with maternal pain, decels, no impv. despite rescusitation measures.

"Abruption a clinical diagnosis"

Type of incision: did surgeon recognize urgency prior. If so why Pfannenstiel. If no recognition why not?

CHOICE OF ANETHESIA: SPINAL WHY NOT GENERAL

How does OB know about "brain stem?"

Pathology: how is there deterioration of skin with heart rate be on admissin. Peds noted cyanosis not "deterioration"

CORRECT | Nursing record fluid clear / OP report bloody

Nurses recognized need for C-section. was this relayed and why MD did not MP.

ARMC / MM 00003

Suspend – Summary Immediate due to concern over patient safety

CONFIDENTIAL Peer Review Material