# EXHIBIT P
## to

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## Civil Action No.: 1:10-cv-00986-JFA

*Email from Nauful to McNair law firm*

**Jones, Celeste**

**From:** Jones, Celeste
**Sent:** Monday, October 11, 2010 10:47 AM
**To:** 'Ernie Nauful'
**Subject:** RE: Request Letter

Looks fine
thanks

---

**From:** Ernie Nauful [mailto:nauful@bellsouth.net]
**Sent:** Monday, October 11, 2010 10:45 AM
**To:** Jones, Celeste
**Subject:** RE: Request Letter

Celeste,

I do not want to compound my mistake. Please look over the attached.

Thanks

Ernie

---

**From:** Jones, Celeste [mailto:CJones@MCNAIR.NET]
**Sent:** Monday, October 11, 2010 9:57 AM
**To:** 'Ergle, Terri'; Petok, Gary; Ernie Nauful
**Subject:** RE: Request Letter

the panel needs to reconvene either in person or by telephone and issue a revised report ASAP

---

**From:** Ergle, Terri [mailto:Terri.Ergle@uhsinc.com]
**Sent:** Monday, October 11, 2010 9:44 AM
**To:** Ergle, Terri; Jones, Celeste; Petok, Gary; Ernie Nauful
**Subject:** RE: Request Letter

Can anyone tell me where we are with this? We need to get it resolved ASAP.

Thanks

Terri Ergle, CPCS
Aiken Regional Medical Centers
302 University Parkway
Aiken, SC 28901
Phone 803-641-5197
Fax 803-641-5690

---

**From:** Ergle, Terri
**Sent:** Friday, October 08, 2010 12:31 PM
**To:** Jones, Celeste; Petok, Gary
**Subject:** FW: Request Letter

Copy of correspondence sent to Mr. Nauful

**CONFIDENTIAL**

1

Terri Ergle, CPCS
Aiken Regional Medical Centers
302 University Parkway
Aiken, SC 28901
Phone 803-641-5197
Fax 803-641-5690

---

**From:** Ergle, Terri
**Sent:** Friday, October 08, 2010 12:29 PM
**To:** 'Ernie Nauful'
**Subject:** Request Letter

Please see attached correspondence. Call me so we can discuss next step.

Thanks
Terri Ergle, CPCS
Aiken Regional Medical Centers
302 University Parkway
Aiken, SC 28901
Phone 803-641-5197
Fax 803-641-5690

UHS Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any US Federal Tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent. To read more about this disclosure, please see http://www.mcnair.net/D1D330/portalresource/IRS_Circular_230.pdf

PRIVILEGE AND CONFIDENTIALITY NOTICE: This communication (including any attachments) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to this communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies.

CONFIDENTIAL

Subpoena CTJ
00033