# EXHIBIT R

to

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## Civil Action No.: 1:10-cv-00986-JFA

*Appellate Decision*



December 17, 2010                    Certified Mail # 70081830000028165218

CONFIDENTIAL

Margo Muniz, M.D.
410 University Parkway, Suite 2300
Aiken, South Carolina 29801

Re: Notice of Appellate Review Panel Decision

Dear Doctor Muniz:

The Appellate Review Panel has concluded its deliberations and their recommendation is termination of your medical staff appointment and privileges. The recommendation was submitted to the Board of Governors on December 15, 2010 for final decision.

Sincerely,

Carlos Milanes
Chief Executive Officer

cc: Francis DiBona, MD – Chairman Medical Executive Committee
    Celeste T. Jones, Esquire
    Thornwell F. Sowell, Esquire

302 University Parkway • Aiken, SC 29801
803-641-5000                                                                                   www.aikenregional.com