# EXHIBIT CC

to

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Civil Action No.: 1:10-cv-00986-JFA**

*Timesheets of Dr. Robinson*

# INVOICE

## Christopher Robinson, MD, MSCR

INVOICE # 1
DATE: MAY 16, 2012

1716 West Canning Drive
Mount Pleasant, SC 29466
Phone (843) 270-1366
robinscj@musc.edu

TO  Terri Ergle, CPCS
Aiken Regional Medical Centers
302 University Parkway
Aiken, SC 28901
Phone 803-641-5197
Fax 803-641-5690

| DATE OF SERVICE | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 6/28/2010 | 5.33 hrs | Muniz / ARMC Panel | $400/hr | $2132 |
| 6/28/2010 | 280 miles | Travel | $0.50/mile | $140 |
| 6/29/2010 | 6.25 hrs | Muniz ARMC Panel | $400/hr | $2500 |
| 6/29/2010 | 280 miles | Travel | $0.50/mile | $140 |
| 8/17/2010 | 6.25 hrs | Muniz ARMC Panel | $400/hr | $2500 |
| 8/17/2010 | 280 miles | Travel | $0.50/mile | $140 |
| 8/18/2010 | 3.5 hrs | Muniz ARMC Panel | $400/hr | $1400 |
| 8/18/2010 | 280 miles | Travel | $0.50/mile | $140 |

TOTAL DUE: $9,092.00

Make all checks payable to Christopher J. Robinson, MD

# INVOICE

## Christopher Robinson, MD, MSCR

INVOICE # 2
DATE: MAY 16, 2012

1716 West Canning Drive
Mount Pleasant, SC  29466
Phone (843) 270-1366
robinscj@musc.edu

TO  Terri Ergle, CPCS
Aiken Regional Medical Centers
302 University Parkway
Aiken, SC 28901
Phone 803-641-5197
Fax 803-641-5690

| DATE OF SERVICE | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 9/22/2010 | 0.5 hrs | Muniz Panel Teleconference | $400/hr | $200 |
| 10/12/2010 | 0.5 hrs | Muniz Panel Teleconference | $400/hr | $200 |

TOTAL DUE:  $400.00

Make all checks payable to Christopher J. Robinson, MD

# INVOICE

**Christopher Robinson, MD, MSCR**

1716 West Canning Drive
Mount Pleasant, SC 29466
Phone (843) 270-1366
robinscj@musc.edu

INVOICE # 1
DATE: AUGUST 20, 2010

TO  Terri Ergle, CPCS
    Aiken Regional Medical Centers
    302 University Parkway
    Aiken, SC 28901
    Phone 803-641-5197
    Fax 803-641-5690

| DATE OF SERVICE | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 6/28/2010 | 5.33 hrs | Muniz / ARMC Panel | $400/hr | $2132 |
| 6/28/2010 | 280 miles | Travel | $0.50/mile | $140 |
| 6/29/2010 | 6.25 hrs | Muniz ARMC Panel | $400/hr | $2500 |
| 6/29/2010 | 280 miles | Travel | $0.50/mile | $140 |
| 8/17/2010 | 6.25 hrs | Muniz ARMC Panel | $400/hr | $2500 |
| 8/17/2010 | 280 miles | Travel | $0.50/mile | $140 |
| 8/18/2010 | 3.5 hrs | Muniz ARMC Panel | $400/hr | $1400 |
| 8/18/2010 | 280 miles | Travel | $0.50/mile | $140 |

TOTAL DUE: $9,092.00

Make all checks payable to Christopher J. Robinson, MD

# INVOICE

## Christopher Robinson, MD, MSCR

INVOICE # 2
DATE: OCTOBER 20, 2010

1716 West Canning Drive
Mount Pleasant, SC  29466
Phone (843) 270-1366
robinscj@musc.edu

TO  Terri Ergle, CPCS
Aiken Regional Medical Centers
302 University Parkway
Aiken, SC 28901
Phone 803-641-5197
Fax 803-641-5690

| DATE OF SERVICE | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 9/22/2010 | 0.5 hrs | Muniz Panel Teleconference | $400/hr | $200 |
| 10/12/2010 | 0.5 hrs | Muniz Panel Teleconference | $400/hr | $200 |

TOTAL DUE:  $400.00

Make all checks payable to Christopher J. Robinson, MD