# EXHIBIT GG

to

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Civil Action No.: 1:10-cv-00986-JFA**

*Reimbursement for Emergency Call Care*



March 12, 2010

Dr. Margo Muniz
410 University Parkway
Suite 2300
Aiken, , SC  29801

Dear Dr. Muniz,

I am writing to inform you that the South Carolina Department of Health and Human Services, pending approval by the Centers of Medicare and Medicaid Services, has determined that Aiken Regional Medical Centers, Inc. qualifies for the SC Medicaid Disproportionate Share Hospital (DSH) Program for the Calendar year 2008.

Attached you will find a list of patients that qualified under the DSH program guidelines and according to our records, were under your care. The services you provided to these qualified patients during the indicated dates of services are eligible for payment of covered services at the SC Medicaid rates by the hospital. Please provide a copy of your FORM CMS -1500 or computer printout that shows detailed billing information for the listed patients. These copies should be sent to Aiken Regional Medical Centers, 302 University Parkway, Aiken, SC 29801, and **attention of Natalie Jarrett**. Submitting the claim forms by April 15, 2010 would help with timely processing for payment.

The payment for these claims will be made in May 2010. If you should require additional information or assistance, please do not hesitate to contact me at (803) 641-5696.

Sincerely,

*Mark Tierney*

Mark Tierney,
Chief Financial Officer

302 University Parkway • Aiken, SC 29801
803-641-5000

*Handwritten note:* Called medical / Mark Tierney / 7/23/2010 / about payment / continued on / fair hearing

www.aikenregional.com

005 UHS Service Excellence Award Winner

Inpatient Private Pay

| PT NAME | ATN DR NAME | PATIENT # | ADM DATE | DOB | C | PT | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | DSH DATE | SVC | | | | | |
| MCCAIN, SALLIE M | | 105024004 | 3/21/2008 | 2/20/1960 F | | MUNIZ MARGO | 0 | 3/26/2008 | GYN | S |
| TURNER, DEBORAH LAKI | | 105407969 | 1/31/2008 | 12/21/1978 F | | MUNIZ MARGO | 0 | 2/3/2008 | MAT | S |
| DE LA CRUZ, GABRIELA | | 105555825 | 2/26/2008 | 8/4/1985 F | | MUNIZ MARGO | 0 | 2/28/2008 | MAT | S |

| PT NAME | PATIENT # | ADM DATE | DOB | ATN DR NAME | DSH DATE | SVC |
|---|---|---|---|---|---|---|
| VAZQUEZ, MARIO | 105533087 | 2/20/2008 | 6/11/1963 | MUNIZ LEOPOLDO | 5/22/2008 | OBS 0 |

# AIKEN REGIONAL MEDICAL CENTER
# MEDICAL AUDIT REPORT

## PRIMARY PHYSICIAN – PHYSICIAN CONSULTATION AUDIT

## INPATIENT UNINSURED ACCOUNTS

I. PATIENT NUMBER  105 400808

II. MEDICAL RECORD # 464

III. PATIENT NAME  Campbell, Melissa

IV. DATES OF SERVICE  1/28 – 2/1/2008

A. PRIMARY PHYSICIAN & SPECIALTY  Muniz, Margo
Obstetrical/Gynecology

**CONSULTING PHYSICIAN:**     **COMPLETED CONSULT IN MEDICAL RECORD**

1. None
2. 
3. 
4. 
5. 
6. 

DATE  February 2010

June A. Metze, R.N.
JUNE A. METZE, R.N.
MEDICAL AUDITOR

# AIKEN REGIONAL MEDICAL CENTER
# MEDICAL AUDIT REPORT

## PRIMARY PHYSICIAN – PHYSICIAN CONSULTATION AUDIT

### INPATIENT UNINSURED ACCOUNTS

I.   PATIENT NUMBER   105584122

II.  MEDICAL RECORD #   60686

III. PATIENT NAME   Lewis, Irena L.

IV.  DATES OF SERVICE   6/13 – 6/21/2008

  A. PRIMARY PHYSICIAN & SPECIALTY   Muniz, Margo
     Obstetrics/Gynecology

**CONSULTING PHYSICIAN:**       **COMPLETED CONSULT IN MEDICAL RECORD**

1. None
2.
3.
4.
5.
6.

DATE February 2010

_June A. Metze, R.N._
JUNE A. METZE, R.N.
MEDICAL AUDITOR

# AIKEN REGIONAL MEDICAL CENTER
# MEDICAL AUDIT REPORT

## PRIMARY PHYSICIAN – PHYSICIAN CONSULTATION AUDIT

### INPATIENT UNINSURED ACCOUNTS

I. PATIENT NUMBER  _103680716_

II. MEDICAL RECORD #  _140399_

III. PATIENT NAME  _McDowell, Jessica_

IV. DATES OF SERVICE  _12/12/2006_

A. PRIMARY PHYSICIAN & SPECIALTY _Muniz, Margo_
_Obstetrics/Gynecology_

**CONSULTING PHYSICIAN:**     **COMPLETED CONSULT IN MEDICAL RECORD**

1. _None_
2. ___
3. ___
4. ___
5. ___
6. ___

DATE _February 2010_

June A. Metze, R.N.
JUNE A. METZE, R.N.
MEDICAL AUDITOR

# AIKEN REGIONAL MEDICAL CENTER
# MEDICAL AUDIT REPORT

## PRIMARY PHYSICIAN – PHYSICIAN CONSULTATION AUDIT

## INPATIENT UNINSURED ACCOUNTS

I. PATIENT NUMBER   10592 5275

II. MEDICAL RECORD #   62544

III. PATIENT NAME   Osman, Belinda F.

IV. DATES OF SERVICE   5/28 – 6/1/2008

A. PRIMARY PHYSICIAN & SPECIALTY   Muniz, Margo
Obstetrics/Gynecology

CONSULTING PHYSICIAN:    COMPLETED CONSULT IN MEDICAL RECORD

1. Muniz, Margo (Obstetrics/gynecology)   Yes
(pt admitted to Dr Hagan who
requested consult with Margo Muniz, M.D.
She saw the pt & then apparently
assumed in-pt care. Discharge Summary
written by Dr. Margo Muniz)

DATE February 2010

June A. Metze, R.N.
JUNE A. METZE, R.N.
MEDICAL AUDITOR

# AIKEN REGIONAL MEDICAL CENTER
# MEDICAL AUDIT REPORT

## PRIMARY PHYSICIAN – PHYSICIAN CONSULTATION AUDIT

## INPATIENT UNINSURED ACCOUNTS

I. PATIENT NUMBER    105 344 766

II. MEDICAL RECORD #   233598

III. PATIENT NAME   Slavin, Jane E.

IV. DATES OF SERVICE   2/11 – 2/14/2008

A. PRIMARY PHYSICIAN & SPECIALTY  Muniz, Margo
obstetrics/gynecology

CONSULTING PHYSICIAN:    COMPLETED CONSULT IN MEDICAL RECORD

1. Bayley, John (Family Medicine)    yes
2. 
3. 
4. 
5. 
6. 

DATE February 2010

June A. Metze, R.N.
JUNE A. METZE, R.N.
MEDICAL AUDITOR

Laura,

Here are our bills for the staff call patients in 2008. Our charges were around 13000.00. These will of course be adjusted down like with insurance contracts but this is what we charged for these services.

Jewel had trouble getting Mark Tierney to call her back regarding these past due invoices. When he called Jewel and Maria were in the room and he told them that Margo's payment was contingent on the outcome of her "fair hearing". This was on 7/28/2010.

Thanks,

*Marla*

Marla

*Payment is contingent on whether she is on staff or not from fair hearing*

*Talked to Mark Tierney on 7/28/2010*

**MetLife**

```
32587                                              AIKEN REGIONAL MEDICAL C
                                                   302 UNIVERSITY PARKWAY
1500
HEALTH INSURANCE CLAIM FORM                        AIKEN SC 298021117
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05
```

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]  |  1a. INSURED'S I.D. NUMBER (For Program in Item 1): 476554444

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): SLAVIN JANE
3. PATIENT'S BIRTH DATE: 12 03 1947   SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SLAVIN JANE

5. PATIENT'S ADDRESS (No., Street): 905 GEORGETOWN DRIVE
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS (No., Street): 905 GEORGETOWN DRIVE

CITY: NORTH AUGUSTA    STATE: SC
8. PATIENT STATUS: Other [X]
CITY: NORTH AUGUSTA    STATE: SC

ZIP CODE: 29841    TELEPHONE: (803) 278-2361
ZIP CODE: 29841    TELEPHONE: (803) 278-2361

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? YES [ ]  NO [X]
a. INSURED'S DATE OF BIRTH: 12 03 1947  SEX: F [X]

b. OTHER INSURED'S DATE OF BIRTH:    SEX:
b. AUTO ACCIDENT? YES [ ]  NO [X]   PLACE (State):
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? YES [ ]  NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: ARMC

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ]  NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE: 3/19/2010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17a.
17b. NPI:
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM 02 11 2008  TO

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? YES [ ]  NO [X]    $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 183 8
22. MEDICAID RESUBMISSION CODE:    ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER:

24. 

| # | DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 11 08 | 02 11 08 | 21 | | 58210 | | 1 | 4788 00 | 1 | | NPI | 1457348526 |
| 2 | 02 11 08 | 02 11 08 | 21 | | 58950 | 51 | 1 | 2196 00 | 1 | | NPI | 1457348526 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 204598150   SSN [ ] EIN [X]
26. PATIENT'S ACCOUNT NO.: 32587P18742
27. ACCEPT ASSIGNMENT? YES [X] NO [ ]
28. TOTAL CHARGE: $ 6984 00
29. AMOUNT PAID: $
30. BALANCE DUE: $ 6984 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS:
MARGO J HEIN MUNIZ MD
32. SERVICE FACILITY LOCATION INFORMATION:
AIKEN REGIONAL MEDICAL CENTER
302 UNIVERSITY PKWY
AIKEN SC 29801
33. BILLING PROVIDER INFO & PH. #: (803) 649-6366
PMC
410 UNIVERSITY PKWY
AIKEN SC 29801

| | |
|---|---|
| 32582 | AIKEN REGIONAL MEDICAL C[ENTER] |
| (1500) | 302 UNIVERSITY PARKWAY |
| HEALTH INSURANCE CLAIM FORM | AIKEN SC 298021117 |
| APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05 | |

PICA | PICA

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 247693547

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): LEWIS TRENA L
3. PATIENT'S BIRTH DATE: 01 11 1973  SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial): GARDENHIRE TRENA L

5. PATIENT'S ADDRESS (No., Street): 500 PEPPER BRANCH ROAD
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS (No., Street): 500 PEPPER BRANCH ROAD

CITY: BEECH ISLAND    STATE: SC
8. PATIENT STATUS: Other [X]
CITY: BEECH ISLAND    STATE: SC

ZIP CODE: 29842    TELEPHONE: (803) 593-8005
ZIP CODE: 29842    TELEPHONE: (803) 593-8005

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? NO [X]
a. INSURED'S DATE OF BIRTH: 01 11 1973  SEX: F [X]

b. OTHER INSURED'S DATE OF BIRTH:
b. AUTO ACCIDENT? NO [X]
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: ARMC

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE    DATE: 3/19/2010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM 06 13 2008 TO

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? NO [X]    $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 614 6
2. 617 5

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER:

24. 
| A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 06 13 08  06 13 08 | 11 | | 58661 | 12 | 2040 00 | 1 | | NPI | 1457348526 |

25. FEDERAL TAX I.D. NUMBER: 204598150  EIN [X]
26. PATIENT'S ACCOUNT NO.: 32582P17916
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 2040 00
29. AMOUNT PAID: $
30. BALANCE DUE: $ 2040 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
MARGO J HEIN MUNIZ MD
32. SERVICE FACILITY LOCATION INFORMATION:
PARKSIDE MEDICAL CONSULTANTS
410 UNIVERSITY PKWY
AIKEN SC 29801
33. BILLING PROVIDER INFO & PH. #: (803) 649-6366
PMC
410 UNIVERSITY PKWY
AIKEN SC 29801

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AIKEN REGIONAL MEDICAL C[ENTER]
302 UNIVERSITY PARKWAY
AIKEN SC 298021117

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER: 249232373 |
| 2. PATIENT'S NAME: MCCAIN SALLIE M | 3. PATIENT'S BIRTH DATE: 02/20/1960   SEX: F [X] |
| | 4. INSURED'S NAME: MCCAIN SALLIE M |
| 5. PATIENT'S ADDRESS: 65 KNIGHT LANE | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| CITY: TRENTON   STATE: SC | 7. INSURED'S ADDRESS: 65 KNIGHT LANE |
| | 8. PATIENT STATUS: Other [X] |
| ZIP CODE: 29847   TELEPHONE: (803) 663-7749 | CITY: TRENTON   STATE: SC |
| | ZIP CODE: 29847   TELEPHONE: (803) 663-7749 |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER: |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER: | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 02/20/1960   SEX: F [X] |
| b. OTHER INSURED'S DATE OF BIRTH: | b. AUTO ACCIDENT? NO [X] | b. EMPLOYER'S NAME OR SCHOOL NAME: |
| c. EMPLOYER'S NAME OR SCHOOL NAME: | c. OTHER ACCIDENT? NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME: ARMC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE: 3/19/2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17a.
17b. NPI:
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 620 0
2. 514 6
3. 617 0

22. MEDICAID RESUBMISSION CODE:
23. PRIOR AUTHORIZATION NUMBER:

| 24.A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 03 21 08  03 21 08 | 21 | | 58661 | 123 | 1734 00 | 1 | | NPI | 1457348526 |

25. FEDERAL TAX I.D. NUMBER: 204598150   SSN [ ] EIN [X]
26. PATIENT'S ACCOUNT NO.: 32581P19135
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 1734 00
29. AMOUNT PAID:
30. BALANCE DUE: $ 1734 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
[M]ARGO J HEIN MUNIZ MD   3/19/2010

32. SERVICE FACILITY LOCATION INFORMATION:
AIKEN REGIONAL MEDICAL CENTER
302 UNIVERSITY PKWY
AIKEN SC 29801

33. BILLING PROVIDER INFO & PH. #: (803) 649-6366
PMC
410 UNIVERSITY PKWY
AIKEN SC 29801

| 32583 | | AIKEN REGIONAL MEDICAL C |
|---|---|---|
| **1500** | | 302 UNIVERSITY PARKWAY |
| HEALTH INSURANCE CLAIM FORM | | AIKEN SC 298021117 |
| APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05 | | |

PICA | | | | | | | | PICA

1. MEDICARE   MEDICAID   TRICARE CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)
248338462

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
OSMAN BELINDA D

3. PATIENT'S BIRTH DATE  03 23 1972   SEX  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
OSMAN BELINDA D

5. PATIENT'S ADDRESS (No., Street)
283 HERBERT LANE

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
283 HERBERT LANE

CITY: WILLISTON   STATE: SC
ZIP CODE: 29853   TELEPHONE: (803) 266-5135

8. PATIENT STATUS
Single   Married   Other [X]
Employed   Full-Time Student   Part-Time Student

CITY: WILLISTON   STATE: SC
ZIP CODE: 29853   TELEPHONE: (803) 266-5135

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES   NO [X]

a. INSURED'S DATE OF BIRTH  03 23 1972   SEX  F [X]

b. OTHER INSURED'S DATE OF BIRTH   SEX M / F

b. AUTO ACCIDENT?   YES   NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES   NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
ARMC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  SIGNATURE ON FILE   DATE 3/19/2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES   NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 789.00   3. 787.91
2. 625.9    4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 26 08  05 26 08 | 23 | | 99254 | 123 | 242 00 | 1 | | NPI | 1457348526 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN [X]
204598150

26. PATIENT'S ACCOUNT NO.
32583P21161

27. ACCEPT ASSIGNMENT? YES [X]  NO

28. TOTAL CHARGE  $ 242 00

29. AMOUNT PAID $

30. BALANCE DUE  $ 242 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
MARGO J HEIN MUNIZ MD
3/19/2010

32. SERVICE FACILITY LOCATION INFORMATION
AIKEN REGIONAL MEDICAL CENTER
302 UNIVERSITY PKWY
AIKEN SC 29801

33. BILLING PROVIDER INFO & PH. # (803) 649-6366
PMC
410 UNIVERSITY PKWY
AIKEN SC 29801

0938-0999 FORM CMS-1500 (08/05)

| | |
|---|---|
| 32584 | AIKEN REGIONAL MEDICAL C[ENTER] |
| **1500** | 302 UNIVERSITY PARKWAY |
| HEALTH INSURANCE CLAIM FORM | AIKEN SC 298021117 |
| APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05 | |

☐ PICA                                                                                                      PICA ☐☐

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ (ID)
   1a. INSURED'S I.D. NUMBER (For Program in Item 1): **248338462**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **OSMAN BELINDA D**
3. PATIENT'S BIRTH DATE: **03 23 1972**   SEX: F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial): **OSMAN BELINDA D**

5. PATIENT'S ADDRESS (No., Street): **283 HERBERT LANE**
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS (No., Street): **283 HERBERT LANE**

CITY: **WILLISTON**   STATE: **SC**
8. PATIENT STATUS: Other ☒
CITY: **WILLISTON**   STATE: **SC**

ZIP CODE: **29853**   TELEPHONE: **(803) 266-5135**
ZIP CODE: **29853**   TELEPHONE: **(803) 266-5135**

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
   a. EMPLOYMENT? ☐ YES ☒ NO
   a. INSURED'S DATE OF BIRTH: **03 23 1972**   SEX: F ☒

b. OTHER INSURED'S DATE OF BIRTH
   b. AUTO ACCIDENT? ☐ YES ☒ NO   PLACE (State)
   b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
   c. OTHER ACCIDENT? ☐ YES ☒ NO
   c. INSURANCE PLAN NAME OR PROGRAM NAME: **ARMC**

d. INSURANCE PLAN NAME OR PROGRAM NAME
   10d. RESERVED FOR LOCAL USE
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED: **SIGNATURE ON FILE**   DATE: **3/19/2010**
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED: **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
    17a.
    17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
    1. **789.00**    3. **617.0**
    2. **569.3**     4. **568.0**
22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 27 08 | 05 27 08 | 21 | | 99233 | | 1234 | 150 00 | 1 | | NPI | 7457348526 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: **204598150**   SSN ☐   EIN ☒
26. PATIENT'S ACCOUNT NO.: **32584F21161**
27. ACCEPT ASSIGNMENT? YES ☒ NO ☐
28. TOTAL CHARGE: **$ 150 00**
29. AMOUNT PAID:
30. BALANCE DUE: **$ 150 00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
    **MARGO J HEIN MUNIZ MD**
32. SERVICE FACILITY LOCATION INFORMATION
    **AIKEN REGIONAL MEDICAL CENTER**
    **302 UNIVERSITY PKWY**
    **AIKEN SC 29801**
33. BILLING PROVIDER INFO & PH. #: **(803) 649-6366**
    **PMC**
    **410 UNIVERSITY PKWY**
    **AIKEN SC 29801**

0938-0999 FORM CMS-1500 (08/05)

32585

## HEALTH INSURANCE CLAIM FORM
[1500]
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

AIKEN REGIONAL MEDICAL C
302 UNIVERSITY PARKWAY
AIKEN SC 298021117

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID) | 1a. INSURED'S I.D. NUMBER: 248338462 |
| 2. PATIENT'S NAME: OSMAN BELINDA D | 3. PATIENT'S BIRTH DATE: 03 23 1972   SEX: F [X] |
| | 4. INSURED'S NAME: OSMAN BELINDA D |
| 5. PATIENT'S ADDRESS: 283 HERBERT LANE | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| | 7. INSURED'S ADDRESS: 283 HERBERT LANE |
| CITY: WILLISTON    STATE: SC | 8. PATIENT STATUS: Other [X] |
| ZIP CODE: 29853   TELEPHONE: (803) 266-5135 | CITY: WILLISTON   STATE: SC |
| | ZIP: 29853   TEL: (803) 266-5135 |
| 9. OTHER INSURED'S NAME: | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 03 23 1972  SEX: F [X] |
| b. OTHER INSURED'S DATE OF BIRTH | b. AUTO ACCIDENT? NO [X] | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME: ARMC |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE: 3/19/2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17a. / 17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 789 00    3. 617 9
2. 569 3     4. 568 0

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24.A DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 05 28 08  05 28 08 | 21 | | 99233 | 1234 | 150 00 | 1 | | NPI | 1457348526 |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 204598150   SSN EIN [X]
26. PATIENT'S ACCOUNT NO.: 32585P21161
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $150.00
29. AMOUNT PAID:
30. BALANCE DUE: $150.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
MARGO J HEIN MUNIZ MD
3/19/2010

32. SERVICE FACILITY LOCATION INFORMATION:
AIKEN REGIONAL MEDICAL CENTER
302 UNIVERSITY PKWY
AIKEN SC 29801

33. BILLING PROVIDER INFO & PH #: (803) 549-6366
PMC
410 UNIVERSITY PKWY
AIKEN SC 29801

0938-0999 FORM CMS-1500 (08/05)

| | |
|---|---|
| 32586 | AIKEN REGIONAL MEDICAL C<br>302 UNIVERSITY PARKWAY<br>AIKEN SC 298021117 |

**1500**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ (ID)
1a. INSURED'S I.D. NUMBER: 248338462

2. PATIENT'S NAME: OSMAN BELINDA D
3. PATIENT'S BIRTH DATE: 03 23 1972  SEX: F ☒
4. INSURED'S NAME: OSMAN BELINDA D

5. PATIENT'S ADDRESS: 283 HERBERT LANE
CITY: WILLISTON  STATE: SC
ZIP CODE: 29853  TELEPHONE: (803) 266-5135

6. PATIENT RELATIONSHIP TO INSURED: Self ☒

7. INSURED'S ADDRESS: 283 HERBERT LANE
CITY: WILLISTON  STATE: SC
ZIP CODE: 29853  TELEPHONE: (803) 266-5135

8. PATIENT STATUS: Other ☒

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO ☒
b. AUTO ACCIDENT? NO ☒
c. OTHER ACCIDENT? NO ☒

11. INSURED'S POLICY GROUP OR FECA NUMBER:
a. INSURED'S DATE OF BIRTH: 03 23 1972  SEX: F ☒
b. EMPLOYER'S NAME OR SCHOOL NAME:
c. INSURANCE PLAN NAME OR PROGRAM NAME: ARMC
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO ☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE: 3/19/2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 789 00
2. 614 1
3. 236 3
4. 569 3

| 24.A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 05 29 08  05 29 08 | 21 | | 58661 | 1234 | 2040 00 | 1 | | NPI | 1457348526 |

25. FEDERAL TAX I.D. NUMBER: 204598150  ☒ EIN
26. PATIENT'S ACCOUNT NO.: 32586P21161
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: 2040 00
29. AMOUNT PAID:
30. BALANCE DUE: 2040 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: MARGO J HEIN MUNIZ MD   3/19/2010
32. SERVICE FACILITY LOCATION INFORMATION: AIKEN REGIONAL MEDICAL CENTER  302 UNIVERSITY PKWY  AIKEN SC 29801
33. BILLING PROVIDER INFO & PH. #: (803) 649-6366  PMC  410 UNIVERSITY PKWY  AIKEN SC 29801