# EXHIBIT HH

to

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Civil Action No.: 1:10-cv-00986-JFA**

*Letter from Doctor's Hospital dated 1/6/09*



3651 Wheeler Road
Augusta, GA 30909
(706) 651-3232

www.doctors-hospital.net

January 6, 2009


Margo J. Hein-Muniz, MD
170 Waters Edge Drive
Aiken, SC 29803


RE: Request for Consideration of your Application to the Medical Staff at Doctor Hospital


Dear Dr. Hein-Muniz,

It has been brought to my attention that the Credentialing Processing Center of HCA Orange Park Shared Services in Orange Park Florida has made several attempts to receive verification of your affiliations with Aiken Regional Medical Center and Parkside Women's Center; however these attempts have been without success.

According to the Medical Staff Bylaws of Doctors Hospital, Article III, Medical Staff Membership 5.B. and 5.C (see excerpt) applications can only be deemed complete when all supporting material has been transmitted.

> *An application will be deemed complete when collection and verification of documents outlined in Article III, Sections 5.B. and 5.C. have been accomplished. When complete, the application and supporting material shall be reviewed and analyzed by the Chairperson of each appropriate Department in which the applicant is requesting privileges. The application and supporting material shall be transmitted by the Department Chairperson to the Credentials and Qualifications Committee, who shall review and analyze, and investigate the character, qualifications and professional standing of the applicant. Incomplete Medical Staff applications remaining incomplete beyond six months shall be automatically removed from consideration. If approved by Credentials & Qualifications Committee, the application will then be transmitted by the Chief Executive Officer to the next regular meeting of the Executive Committee or as soon thereafter as possible, but no later than two regular meetings. The Executive Committee shall review and analyze and shall recommend that the application either be accepted, deferred or rejected.*

Your signed release of your submitted application was dated and signed by you on 7/29/2008 and according the bylaws any incomplete applications beyond six months will be removed from consideration. Please consider this letter as notice that effective January 30, 2009; your application will be automatically withdrawn from consideration.


Sincerely,



C. Shayne George, CEO/President
Doctors Hospital – Augusta, GA

DH 000001