IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Margo J. Hein-Muniz, M.D., and Parkside Medical Consultants, LLC, d/b/a Magnolia Medical, | C/A No.: 1:10-cv-986-JFA |
| Plaintiffs, | |
| vs. | ORDER |
| Aiken Regional Medical Centers; Universal Health Services, Inc.; Aiken Obstetrics & Gynecology Associates, P.A.; Carlos A. Milanes; K.D. Justyn; Oletha R. Minto, M.D.; James F. Boehner, M.D.; Robert D. Boone, M.D.; Jonathan H. Anderson, M.D.; Thomas P. Paxton, M.D.; and UHS of Delaware, Inc., | |
| Defendants. | |

In accordance with the ruling announced orally by this court at the July 16, 2012 hearing, this court hereby holds Defendants' Motion for Protective Order (ECF No. 223) and Plaintiffs' Spoliation Motion (ECF No. 233) in abeyance. The court grants Plaintiffs' Motion to Compel for In Camera Review. (ECF No. 235). Thus, Defendant is directed to produce the withheld communications involving Matt Klein and Gary Petok to this court for in camera review by Thursday, July 19, 2012.

IT IS SO ORDERED.

July 17, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge