IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Margo J. Hein-Muniz, M.D., and Parkside Medical Consultants, LLC, d/b/a Magnolia Medical, | ) ) ) ) | C/A No.: 1:10-cv-986-JFA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER RE: IN CAMERA REVIEW OF PRIVILEGED DOCUMENTS |
| Aiken Regional Medical Centers; Universal Health Services, Inc.; Aiken Obstetrics & Gynecology Associates, P.A.; Carlos A. Milanes; K.D. Justyn; Oletha R. Minto, M.D.; James F. Boehner, M.D.; Robert D. Boone, M.D.; Jonathan H. Anderson, M.D.; Thomas P. Paxton, M.D.; and UHS of Delaware, Inc., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This court has reviewed the documents submitted for *in camera* review pursuant to this court's order dated July 17, 2012. The court finds that the documents submitted by the defendants are protected by the attorney-client privilege. Moreover, the court finds no reason to apply the crime-fraud exception and order the defendants to produce the documents. As such, Plaintiffs' Motion to Compel these documents is denied. (ECF No. 235).

For purposes of appeal, this court directs the Clerk to file the documents submitted for *in camera* review under seal.

IT IS SO ORDERED.

July 26, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge