IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Margo J. Hein-Muniz, M.D., and Parkside Medical Consultants, LLC, d/b/a Magnolia Medical, | ) ) ) ) | C/A No.: 1:10-cv-986-JFA |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER CONTINUING TRIAL |
| Aiken Regional Medical Centers; Universal Health Services, Inc.; Aiken Obstetrics & Gynecology Associates, P.A.; Carlos A. Milanes; K.D. Justyn; Oletha R. Minto, M.D.; James F. Boehner, M.D.; Robert D. Boone, M.D.; Jonathan H. Anderson, M.D.; Thomas P. Paxton, M.D.; and UHS of Delaware, Inc., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

After reviewing the submissions on the pending motion for summary judgment in this case, this court has determined that it needs more time to consider the issues that the parties have raised. As such, this court hereby continues this case until the November/December 2012 term of court. Jury selection for that two-month term of court will be held on October 18, 2012.

IT IS SO ORDERED.

August 1, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge