IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Margo J. Hein-Muniz, M.D., and Parkside Medical Consultants, LLC, d/b/a Magnolia Medical, ) ) ) ) | C/A No.: 1:10-cv-986-JFA |
| Plaintiffs, ) ) | |
| vs.  ) ) | ORDER FOR ADDITIONAL BRIEFING |
| Aiken Regional Medical Centers; Universal Health Services, Inc.; Aiken Obstetrics & Gynecology Associates, P.A.; Carlos A. Milanes; K.D. Justyn; Oletha R. Minto, M.D.; James F. Boehner, M.D.; Robert D. Boone, M.D.; Jonathan H. Anderson, M.D.; Thomas P. Paxton, M.D.; and UHS of Delaware, Inc., ) ) ) ) ) ) ) ) ) | |
| Defendants.  ) ) | |

The court wishes to receive input from the parties on the question of whether, in light of the procedural irregularities alleged in this case (about which the court makes no findings at this time), the court could require that the administrative proceedings that led to this litigation be commenced anew. In other words, does the court have authority under current law to remand this action and require the defendants to provide a new notice to the plaintiff of the allegations against her with the full range of administrative proceedings to be followed thereafter.

Any party desiring to submit a brief on this issue should submit it to the court on or before 10 days from the date of this order.

IT IS SO ORDERED.

August 3, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge