IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Margo J. Hein-Muniz, M.D., and Parkside Medical Consultants, LLC, d/b/a Magnolia Medical, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>Aiken Regional Medical Centers; Universal Health Services, Inc.; Aiken Obstetrics & Gynecology Associates, P.A.; Carlos A. Milanes; K.D. Justyn; Oletha R. Minto, M.D.; James F. Boehner, M.D.; Robert D. Boone, M.D.; Jonathan H. Anderson, M.D.; Thomas P. Paxton, M.D.; and UHS of Delaware, Inc., )<br><br>Defendants. ) | C/A No.: 1:10-cv-986-JFA<br><br>ORDER CONTINUING TRIAL |

The court is working on an order to address the remaining pending motions in this case. In view of the parties' upcoming pretrial deadlines, the court hereby continues this case to January/February 2013 term of court and adjusts the remaining deadlines accordingly.

IT IS SO ORDERED.

September 20, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge